JOHN V. DINAN CO., INC., v. DOROTHY M. SLATER.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EMILE MEYER v. SAMUEL E. PRICE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, a Banking Corporation, etc., and EFFA L. COLLINS, as Executors, etc., of MATTHEW G. COLLINS, Deceased, v. WILLIAM MURDOCK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of WILLIAM S. EMERY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WINDSOR INVESTING CORPORATION v. T. J. McLAUGHLIN'S SONS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

JOSEPH WACHTEL PRINTING AND BINDING CORPORATION v. RUDOLPH TAUBER, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALPHONSE G. KAUFMANN v. EDWARD C. DELAFIELD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy and O'Malley, JJ.

WILLIAM M. HARCOURT v. GEORGE B. BURNETT & SON, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RUDOLPH ALLOCCA v. CHIAET ORNAMENTAL IRON WORKS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CLAUDE NEON LIGHTS, INC., v. AIR REDUCTION COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GEORGE FRAME BROWN v. L. BAMBERGER & COMPANY.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SIGMUND GUTFREUND and Another v. THE EAST RIVER NATIONAL BANK, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANNA M. HAYES v. EDWARD J. DALTON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

PAULINA SMITH v. SQUIRE COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, v. PEARL HARRIS MARROW.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DAVID S. LUDLUM, as Trustee, etc., v. SARK B. FERRISS, as Receiver, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.